UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARTIN GORE,

                              **Plaintiff,**                      20-CV-3771 (PAE)(SN)

            -against-                                  **ORDER**

PEAK SYSTEMS, INC.,

                              **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This case was referred to my docket for general pretrial supervision on May 19, 2020. According to the docket, service was executed upon the defendant on June 22, 2020, and defendant's answer was due July 13, 2020. To date, defendant has not appeared.

    Plaintiff is therefore ORDERED to move for default or otherwise inform the Court how he intends to proceed with the prosecution of this case by no later than August 26, 2020.

**SO ORDERED.**

                                                         _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     August 12, 2020
                New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/12/2020*