UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARTIN GORE,

                                          Plaintiff,                      20-CV-3771 (PAE)(SN)

            -against-                                          **ORDER**

PEAK SYSTEMS, INC.,

                                          **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the parties' November 6, 2020 status letter, the parties are hereby ORDERED to file a status letter by December 7, 2020, which shall address the status of settlement discussions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 6, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020