UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GORE, *on behalf of himself and others similarly situated*,

                            Plaintiff,

              -v-

PEAK SYSTEMS, INC.,

                            Defendant.

20 Civ. 3771 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       On March 19, 2021, the parties submitted a proposed settlement agreement and a motion in support in this Fair Labor Standards Act ("FLSA") and state wage-and-hour law action. Dkt. 36; Dkt. 36-2 ("Agreement"). On March 23, 2021, the Court directed the parties to file a list of the non-party individuals who stood to receive payments under the Agreement. *See* Dkt. 37. On March 25, 2021, the parties did so. Dkt. 38. Accordingly, for the reasons given in the Court's prior order, dated March 23, 2021, Dkt. 37, the Court approves the parties' settlement. The Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

       The Clerk of Court is respectfully directed to close this case.

       SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: March 26, 2021
         New York, New York